**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MIN LIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-908-J |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On April 27, 2026, Petitioner Min Lin filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1].  The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Mitchell issued a Report and Recommendation recommending that the Court transfer this matter to the United States District Court for the Northern District of Texas under 28 U.S.C. § 1631 because Petitioner was confined in that district when she filed her Petition.  [Doc. No. 9].

The deadline to file objections to the Report and Recommendation was July 16, 2026.  *Id.* at 3.  That deadline has now passed and neither party has filed an objection, a motion, or otherwise communicated with the Court.  The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review, the Court agrees that it lacks jurisdiction over this matter and that it is in the interest of justice to transfer this case to the United States District Court for the Northern District of Texas under 28 U.S.C. § 1631.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 443–44 (2004) ("[T]he general rule . . . for core habeas petitions challenging present physical confinement, [is that] jurisdiction lies in only one district: the district of confinement.").  Specifically, Petitioner was

confined at the Bluebonnet Detention Center in Anson, Texas at the time she filed her Petition. [Doc. No. 8].  The Court judicially notices that the Bluebonnet Detention Center is located in Jones County, which lies within the Northern District of Texas.  28 U.S.C. § 124(a)(3).[1] Finding no clear error, the Report and Recommendation [Doc. No. 9] is ADOPTED and the Court TRANSFERS this case to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED this 17th day of July, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1]  *See* https://www.ice.gov/detain/detention-facilities/bluebonnet-detention-facility (last visited July 17, 2026).